UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

NICHOLAS PALM,

                Plaintiff,

-against-

SGT. JESSICA BROOKS NBNY PD;
TROOPER TYLLER K. CARROZZO; and
TROOPER NATHANEAL SCHACK,

                Defendants.

---------------------------------------------------------------

22 CV 9729 (VB)

ORDER OF SERVICE

12/19/22

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiff, who is currently incarcerated at the Orange County Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated December 7, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants Sgt. Jessica Brooks, Trooper Tyller K. Carrozzo, and Trooper Nathaneal Schack through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Sgt. Jessica Brooks, Trooper Tyller K. Carrozzo, and Trooper Nathaneal Schack, complete the USM-285 forms with the addresses for these defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

Dated: December 19, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Sgt. Jessica Brooks #467
   Newburgh Police Department
   55 Broadway
   Newburgh, NY 12550

2. Trooper Tyller K. Carrozzo
   2022 NY 208 Troop F
   Newburgh, NY 12549

3. Trooper Nathaneal Schack
   2022 NY 208 Troop F
   Newburgh, NY 12549