UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NICHOLAS M. PALM,
          Plaintiff,

v.

SGT. JESSICA BROOKS, NBNY PD;
TROOPER TYLLER K. CARROZZO; and
TROOPER NATHANEAL SCHACK,
          Defendants.
-----------------------------------------------------------x

**ORDER**

22 CV 9729 (VB)

Copies Mailed/Faxed 4/27/23
Chambers of Vincent L. Briccetti

    Plaintiff, who is proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

    On November 14, 2022, plaintiff filed the complaint. (Doc. #1).

    On December 19, 2022, the Court entered an order directing the U.S. Marshals Service to effect service on the defendants and extending plaintiff's time to serve under Rule 4(m) to 90 days after the date summonses were issued. (Doc. #8). The Clerk of Court issued summonses as to all defendants on December 19, 2022. (Doc. #9).

    On March 2, 2023, because defendants had not yet been served, the Court further extended plaintiff's time to serve the defendants, to May 1, 2023. (Doc. #12).

    By letter dated April 19, 2023, plaintiff inquires as to the status of service and requests, if necessary, an additional extension of his time for service. (Doc. #14).

    There is no indication on the docket that defendants have been served, and the Court has been informed that the Marshals Service is still in the process of effecting service as to all defendants.

    Accordingly, it is HEREBY ORDERED that plaintiff's deadline pursuant to Fed. R. Civ. P. 4(m) to serve the defendants is extended to June 30, 2023.

1

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 27, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge