UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICHOLAS M. PALM,
              Plaintiff,

                                  **ORDER**

v.

                                  22 CV 9729 (VB)

SGT. JESSICA BROOKS, NBNY PD;
TROOPER TYLLER K. CARROZZO; and
TROOPER NATHANEAL SCHACK,
              Defendants.
--------------------------------------------------------------x

Plaintiff, who is proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

The Court is in receipt of plaintiff's letter filed on July 13, 2023 (Doc. #30), which appears to be a response to defendant Jessica Brooks' request for a pre-trial conference filed on June 28, 2023 (Doc. #26). However, on June 29, 2023, the Court denied that request. (Doc. #28). Accordingly, no action by the plaintiff is presently required. Should defendant file a motion to dismiss, plaintiff may file a response at the appropriate time.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 14, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge