**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-24**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY [GENERAL]

LETITIA JAMES
ATTORNEY GENERAL

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

Writer's Direct Dial: (212) 4[16-...]

May [10, 2024]

---

APPLICATION GRANTED:

The telephone conference scheduled for June 11, 2024, is ADJOURNED to June 18, 2024, at 9:00 a.m.

Defense counsel is reminded to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

The Clerk is instructed to terminate the letter motion. (Doc. #60).

SO ORDERED:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti, U.S.D.J.
May 10, 2024

---

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>Palm v. Brooks, et al.</u>, 22 Civ. 9729 (VB)

Dear Judge Briccetti:

    I represent Defendant Schock in the above-captioned matter. I write to respectfully request, with the consent of all parties, to re-schedule the telephone conference currently scheduled for June 11, 2024, at 9:15 a.m. (Dkt. No. 59). The reason for this request is that I will be attending an out-of-office training that week, which runs from approximately 8:00 AM through 6:00 PM daily. I have conferred with Plaintiff and counsel for Defendant Brooks, and the parties are all available on the below dates:

- June 7
- June 17
- June 18
- June 28

    To the extent the Court is not available on those days, I respectfully request that the Court schedule another date after June 14, 2024. This is Defendant Schock's first request for an adjournment of the conference and will not affect any other dates or deadlines in this case. I thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         */s/ S. Cynthia Luo*
                                         S. Cynthia Luo
                                         Assistant Attorney General
                                         28 Liberty Street, 18th Floor
                                         New York, NY 10005
                                         cynthia.luo@ag.ny.gov

Hon. Vincent L. Briccetti
Page 2 of 2

cc: Kimberly Hunt Lee, Esq.
David Posner, Esq.
*Counsel for Defendant Brooks*
**(via ECF)**

Nicholas Palm, *pro se*
DIN 23B2486
Upstate Correctional Facility
309 Bare Hill Road
Malone, NY 12953
**(via First-Class Mail)**