USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICHOLAS M. PALM,

        Plaintiff,

v.

SERGEANT JESSICA BROOKS
and TROOPER NATHANEAL SCHOCK,

        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 9729 (VB)

    In light of Ms. Luo's letter dated July 2, 2024 (Doc. #66), the Court directs plaintiff to follow the procedures outlined in New York Department of Corrections and Community Supervision ("DOCCS") Directive #4483 (Doc. #61-1).

    If plaintiff seeks court relief with respect to access to the law library, typewriters, or word processing programs consistent with the procedures in DOCCS Directive #4483, plaintiff may submit a written request to the Court.

    Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: July 8, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1