USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/24

Mailed/Faxed 7/22/24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NICHOLAS M. PALM,                          :
                        Plaintiff,         :
                                           :
v.                                         :          **ORDER**
                                           :
                                           :
SERGEANT JESSICA BROOKS                    :          22 CV 9729 (VB)
and TROOPER NATHANEAL SCHOCK,              :
                        Defendants.        :
-------------------------------------------------------------x

On June 18, 2024, the Court directed Ms. Lee to submit a letter indicating whether all parties consent to conducting all further proceedings before a Magistrate Judge. (Doc. #65). To date, no such letter has been submitted.

Accordingly, the Court sua sponte extends the deadline for Ms. Lee to file this letter to **July 29, 2024**.

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated:  July 22, 2024
        White Plains, NY

                               SO ORDERED:

                               _____
                               Vincent L. Briccetti
                               United States District Judge