UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

NICHOLAS PALM,                                        :        22-CV-9729 (VB)

                              Plaintiff,              :

                 - against -                          :        **ORDER AUTHORIZING THE
                                                               DEPOSITION OF AN
                                                               INCARCERATED INDIVIDUAL**

SRG. JESSICA BROOKS and TROOPER                       :
NATHANEAL SCHACK,                                     :

                              Defendants.             .X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that

an Assistant Attorney General may take the deposition of NICHOLAS M. PALM, DIN No.

23-B-2486, (*see* Dkt. No. 65), either in person or by videoconference before a notary public, or

some other officer authorized to administer oaths by the laws of the United States or of the State

of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the

Superintendent of the correctional facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may

impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this

action.

Dated: August 26, 2024

SO ORDERED.

*[signature]*

Hon. Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/24

Copies Mailed / Faxed 8/27/24
Chambers of Vincent L. Briccetti