USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NICHOLAS M. PALM,
                Plaintiff,

v.                             **ORDER**

SERGEANT JESSICA BROOKS and      22 CV 9729 (VB)
TROOPER NATHANEAL SCHOCK,
                Defendants.
--------------------------------------------------------------x

      Plaintiff's request for a 60-day extension to file his response to defendants' motions for summary judgment is GRANTED. Accordingly, it is hereby ORDERED:

1. By July 21, 2025, plaintiff must file a single opposition to defendants' motions for summary judgment.

2. By August 4, 2025, defendants shall file their replies.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 29, 2025
       White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge