Copies Mailed/Faxed 12/16/25
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

NICHOLAS M. PALM,
                  Plaintiff,

v.

SERGEANT JESSICA BROOKS and
TROOPER NATHANEAL SCHOCK,
                  Defendants.

-------------------------------------------------------------x

**SCHEDULING ORDER**

22 CV 9729 (VB)

    For the reasons set forth in defendant New York State Trooper Natahanael Shock's December 15, 2025 letter, the telephone conference scheduled for January 15, 2025 at 9:30 a.m conference is ADJOURNED to February 5, 2026 at 9:30 a.m.

    Plaintiff and defense counsel shall attend the telephone conference by calling the following number and entering the access code when requested. The dial-in number is 914-292-4033. The access code is 418 785 124#. It is the responsibility of counsel for defendant(s) to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 15, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge