USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2|3|26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NICHOLAS M. PALM,                                      :
                          Plaintiff,                   :
                                                       :        **SCHEDULING ORDER**
v.                                                     :
                                                       :
SERGEANT JESSICA BROOKS and                            :        22 CV 9729 (VB)
TROOPER NATHANEAL SCHOCK,                               :
                          Defendants.                  :
-------------------------------------------------------x

Counsel for defendant Brooks has requested an adjournment of the telephone conference scheduled for February 5, 2026.  The Court is reluctant to grant the request because the conference has already been adjourned once, and because defense counsel does not mention in her letter whether she sought or obtained plaintiff's consent to the adjournment.  However, the Court accepts counsel's representation that she is on trial, and for that reason the request is granted.

The Court is not available on any of the dates proposed by defense counsel.  Accordingly, the telephone conference scheduled for February 5, 2026, is ADJOURNED to **March 18, 2026, at 10:00 a.m.**  The conference will not be further adjourned.

Plaintiff and defense counsel shall attend the telephone conference by calling the following number and entering the access code when requested.  The dial-in number is 914-292-4033.  The access code is 418 785 124#.  It is the responsibility of counsel for defendant(s) to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

Counsel for defendant Brooks is DIRECTED to immediately notify plaintiff's facility that the February 5 conference has been adjourned.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 3, 2026
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge