Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NICHOLAS M. PALM,                                      :
                            Plaintiff,                 :
                                                       :
v.                                                     :          **ORDER**
                                                       :
                                                       :
SERGEANT JESSICA BROOKS and                            :          22 CV 9729 (VB)
TROOPER NATHANEAL SCHOCK,                               :
                            Defendants.                :
------------------------------------------------------------x

The Court has been advised that the parties have reached a settlement agreement in principle with the assistance of the magistrate judge. The case management telephone conference before Judge Briccetti scheduled for **May 20, 2026, at 10:00 a.m.** will proceed, unless the Court is informed before then that the parties have finalized a settlement agreement.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 5, 2026
       White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge