

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 15, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/26

<u>Via ECF</u>
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Palm v. Sgt. Jessica Brooks, et al.*, 22 Civ. 9729 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

Dear Judge Briccetti:

   I represent Defendant New York State Trooper Nathaneal Schock ("Trooper Schock") in the above-captioned action. I write to respectfully seek an adjournment of the conference scheduled for May 20, 2026, *sine die*. The reason for this request is that the parties have reached settlement in principle and are actively working on finalizing a settlement stipulation to be so-Ordered by the Court. The parties anticipate that this process will be completed by June 30, 2026. All parties consent to this request. This is the first request for an adjournment and will not affect any other deadlines in this case.

   I thank the Court for its attention to this matter.

Respectfully,

*/s/ S. Cynthia Luo*
S. CYNTHIA LUO
Assistant Attorney General
212-416-8037
Cynthia.Luo@ag.ny.gov



**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 5/15/2026
White Plains, NY

The 5/20/26 conference is adjourned without date. By 6/30/26, the parties shall file either a stipulation of dismissal or a further status report regarding settlement. Chambers will mail this order to plaintiff.

cc:   Kimberly Hunt Lee, Esq.
      *Counsel for Defendant Brooks*

      Nicholas Palm, *pro se*
      DIN 23B2486
      Upstate Correctional Facility
      309 Bare Hill Road
      Malone, NY 12953
      (**Via First-Class Mail**)